■ The People of the State of New York, Respondent, v Jeffrey Davis, Appellant. [28 NYS3d 608]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered June 20, 2013, convicting defendant, upon his plea of guilty, of burglary in the second degree, and sentencing him, as a second felony offender, to a term of five years, unanimously affirmed.

The sentencing court properly found that it had no discretion to waive or defer defendant's mandatory surcharge (*see People v Jones*, 26 NY3d 730 [2016]). Concur—Tom, J.P., Acosta, Richter, Manzanet-Daniels and Gesmer, JJ.